**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| **DEMETRI G. COCHRAN,**<br><br>**Plaintiff,**<br>**vs.**<br><br>**NICKLAUS ENGINEERING, INC., OASIS OUTSOURCING ADMIN II, INC., and SPENCER CONSTRUCTION LLC,**<br><br>**Defendants.** | § § § § § § § § § § | **CASE NO. 2:25-CV-00883-GJF-JHR** |

**DEFENDANT SPENCER CONSTRUCTION LLC'S NOTICE OF COMPLETION OF BRIEFING**

COMES NOW, Defendant Spencer Construction LLC ("Spencer Construction"), and hereby states that the briefing on its Rule 12(B)(6) Motion to Dismiss Plaintiff's Tortious Interference Claim [Dkt. No.23], and states that the Motion is ready for hearing. The following have been filed with the Court:

1. Defendant Spencer Construction LLC's Rule 12(B)(6) Motion to Dismiss Plaintiff's Tortious Interference Claim [Dkt No. 23], filed on October 21, 2025;

2. Plaintiff's Response in Opposition to Defendant Spencer Construction, LLC's Motion to Dismiss Plaintiff's Tortious Interference Claim [Dkt No. 30], filed on November 4, 2025; and

3. Defendant Spencer Construction, LLC's Reply to Plaintiff's Response to Its Rule 12(B)(6) Motion to Dismiss Plaintiff's Tortious Interference Claim [Dkt No. 32], filed on November 18, 2025.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

/s/ *Elbert Ortiz*
Jo Beth Drake
NM Bar No. 148310
Preston Commons
8117 Preston Road, Suite 500
Dallas, Texas 75225
Telephone: 214-987-3800
Facsimile: 214-987-3927
Email: jobeth.drake@ogletree.com

Elbert Ortiz
Pro Hac Vice
Texas State Bar 24087007
elbert.ortiz@ogletree.com
Weston Centre
112 E. Pecan St. Ste. 2700
San Antonio, Texas 78205
Telephone: 210-357-1300
Facsimile: 210-277-2702

**ATTORNEYS FOR DEFENDANT SPENCER CONSTRUCTION LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of November 2025, the foregoing document was electronically transmitted to the Clerk's office using the CM/ECF system for filing with a copy served electronically on:

John P. Valdez
David & Valdez, P.C.
1801 N. Stanton
El Paso, Texas 79902

Matthew Feinberg
PilieroMazza PLLC
1001 G. Street NW, Suite 1100
Washington, DC 20001

Melina Valladares
Danny Jarrett
Jackson Lewis
500 Marquette Ave. NW, Suite 1050
Albuquerque, NM 87102

/s/ *Elbert Ortiz*
Elbert Ortiz