IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Demetri G. Cochran,

      Plaintiff

    v.

Nicklaus Engineering, Inc., et al.

      Defendants

Case No. 2:25-cv-00883-SMD-JHR

## NOTICE OF COMPLETION OF BRIEFING

Defendant, Nicklaus Engineering, Inc. ("Nicklaus"), by and through its undersigned counsel, pursuant to D.N.M.LR-Civ. 7.4(e), hereby notifies the Court that briefing is complete as to its Motion to Dismiss Count I of the Amended Complaint (the "Motion") filed by Plaintiff, Demetri Cochran ("Plaintiff"). The following have been filed with the Court:

1.    Nicklaus's Motion, Dkt. No. 26, filed on October 21, 2025.

2.    Plaintiff's opposition to the Motion, Dkt. No. 31, filed on November 4, 2025.

3.    Nicklaus's reply in support of the Motion, Dkt. No. 34, filed on November 18, 2025.

*(Signatures on following page.)*

{00227971 }

Respectfully submitted,


Dated: November 19, 2025

/s/ Matthew T. Healy
Mark F. Rosenow
*mrosenow@pilieromazza.com*
Matthew T. Healy
*mhealy@pilieromazza.com*
**PILIEROMAZZA PLLC**
1001 G Street NW, Suite 1100
Washington, DC 20001
Telephone:     202-857-1000
Facsimile:     202-857-0200

*Counsel for Defendant,*
*Nicklaus Engineering, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, Matthew T. Healy, hereby certify that on November 19, 2025, I caused a true copy of

the foregoing document to be served on the attorney of record for each other party separately

appearing by delivering a copy of the same via the United States District Court's online case

filing system, CM/ECF, to:

John P. Valdez
**DAVIE & VALDEZ, P.C.**
1801 N. Stanton
El Paso, Texas 79902

Jo Beth Drake
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC**
8117 Preston Road, Suite 500
Dallas, Texas 75225

Elbert Ortiz
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC**
112 E. Pecan Street, Suite 2700
San Antonio, Texas 78205

Danny W. Jarrett
Melina Valladares
**JACKSON LEWIS, P.C.**
500 Marquette Avenue NW, Suite 1050
Albuquerque, New Mexico 87102

/s/ Matthew T. Healy
Matthew T. Healy